**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **DYLAN NEWBERRY,** *Plaintiffs,* | § § § § | |
| ***v.*** | § § | **CASE NO. 1:25-CV-2151-ADA-ML** |
| **SALTILLO DMA HOUSING, LLC, DMA COMPANIES, LLC, AND JOHN DOES 1-10,** *Defendants.* | § § § § § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. Dkt. 28. Judge Lane recommends that this Court **GRANT** Newberry's Motion to Remand (Dkt. 7) this matter to State Court. *Id.* at 7. The report was filed on April 28, 2026. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). To date, neither party has filed objections to Judge Lane's Report and Recommendation.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 28) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Newberry's Motion to Remand (Dkt. 7) is hereby **GRANTED.** This matter is hereby **REMANDED** to the 455th Judicial District Court of Travis County, Texas.

**IT IS FURTHER ORDERED** that all other pending motions are hereby **MOOT.**

**SIGNED** this 26th day of May, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE